# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DOUGLAS BURGMAN, on behalf of
himself and those similarly situated,

    Plaintiff,

v.                                                                                  CASE NO: 8:07-cv-865-T-26RAJ

GILER URBAN DESIGN, INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) Plaintiff's Motion to Compel Responses and Documents Responsive to His First Set of Interrogatories and First Request for Production of Documents (Dkt. 17) is granted.

2) Defendant is directed to respond to Plaintiff's First Set of Interrogatories and First Request for Production of Documents on or before December 3, 2007.

3) Defendant is notified that failure to comply with the directives of this order will result in the imposition of sanctions, including the entry of a default final judgment and the assessment of attorney fees and costs.

4) Defendant's corporate representative is again notified that a corporation may not proceed *pro se* in this case but must be represented by an attorney.  See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1986).

5) The Clerk is directed to mail a copy of this order to Aldin Giler, Defendant's registered agent, at his address of 353 West Dearborn Street, Englewood, Florida 34223.

**DONE AND ORDERED** at Tampa, Florida, on November 19, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record