# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DOUGLAS BURGMAN, on his own behalf
and others similarly situated,

      Plaintiff,

v.                                CASE NO: 8:07-cv-865-T-26EAJ

GILER URBAN DESIGN, INC.,

      Defendant.

_____/

## <u>O R D E R</u>

Upon due consideration of Plaintiff's submissions, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Default Final Judgment (Dkt. 23) is granted.

2) The Clerk is directed to enter judgment against Defendant in the total sum of

$11,450.00 ($6,750.00 for unpaid overtime wages and $4,700.00 for attorney fees and costs).

3) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on March 21, 2008.


    ___s/*Richard A. Lazzara*_____
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record